# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MOHAMED KANOUTE DRAME,

Petitioner,

v.

MARIN, *et al.*,

Respondents.

Case No. 5:26-cv-01142-FWS-ACCV

**JUDGMENT**

Pursuant to the Order Rejecting the Report and Recommendation of the United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition under 28 U.S.C. § 2241 is **DENIED AS MOOT** and the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

DATED: August 19, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE